UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :  CRIMINAL NO. 4:CR20-116

v. :

JADONAVAN O'BRYANT JOHNSON :

JUDGE BRANN

FILED
WILLIAMSPORT
JUN 11 2020
PER _____
DEPUTY CLERK

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
Possessing Contraband in Prison
18 U.S.C. §1791(a)(2)

On or about November 15, 2019, at the United States Penitentiary, Lewisburg, within the Middle District of Pennsylvania, the defendant,

JADONAVAN O'BRYANT JOHNSON,

being an inmate of the United States Penitentiary, located in Lewisburg, Pennsylvania, did knowingly possess a prohibited object, that is, a weapon or an object designed or intended to be used as a weapon, specifically a piece of plastic, sharpened to a point, which was recovered from the defendant during a visual search.

In violation of Title 18, United States Code, Section 1791(a)(2), (b)(3).

1

A TRUE BILL

███████████████
───────────────
FOREPERSON

Date: 6/11/20

DAVID J. FREED
United States Attorney

By: ███████████████
───────────────
DREW O. INMAN
Special Assistant U.S. Attorney